UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Acuity Mutual Insurance Company
                              Plaintiff,

v.                                              Case No.: 1:08−cv−03417
                                                      Honorable George W. Lindberg

Zeag USA, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 23, 2008:

      MINUTE entry before the Honorable George W. Lindberg:The Court, sua sponte, strikes Plaintiff's complaint for declaratory judgment. Plaintiff writes that the Court may exercise diversity jurisdiction over its complaint. But Plaintiff does not properly allege the Plaintiff's or Defendant's citizenship. Because these defects may be remediable, Plaintiff is granted leave to file an amended complaint on or before June 30, 2008.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.