GFF/RRG/THL:blj                                                                6054-8001

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ACUITY MUTUAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 08 CV 03417 |
| | ) | |
| ZEAG USA, INC., a Delaware corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2008, I electronically filed Plaintiff, Acuity Mutual Insurance Company's Amended Complaint for Declaratory Judgment with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Scott Sullivan, Esq.
Williams & McCarthy, P.C.
120 West State Street
Suite 400
Rockford, Illinois 61105

I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

By: _____s/ Glenn F. Fencl_____
One of the Attorneys for Plaintiff -
Acuity Mutual Insurance Company

Glenn F. Fencl A.R.D.C. #3126086
Richard R. Gordon A.R.D.C. #6277551
Tatum H. Lytle A.R.D.C. #6293269
Johnson & Bell, Ltd.
33 West Monroe Street
Suite 2700
Chicago, Illinois 60603
(312) 372-0770