**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Acuity Mutual Insurance Company
                                Plaintiff,

v.                                                  Case No.: 1:08−cv−03417
                                                    Honorable George W. Lindberg

Zeag USA, Inc.
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 27, 2008:

      MINUTE entry before the Honorable George W. Lindberg:The Court, sua sponte, strikes Plaintiff's amended complaint for declaratory judgment [7]. Plaintiff writes that the Court may exercise diversity jurisdiction over its amended complaint. But Plaintiff does not properly allege Plaintiff's citizenship. Plaintiff is granted leave to file a second amended complaint on or before July 2, 2008. If Plaintiff fails to properly allege diversity jurisdiction in its second amended complaint, the Court will dismiss the case without prejudice.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.